BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL-____ – In re Nine West LBO Litigation

SCHEDULE OF ACTIONS

| No. | Case Captions[1] | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff:**<br>Marc S. Kirschner, as Trustee for the NWHI Litigation Trust<br>**Defendants:**<br>Richard L. Dickson, Robert L. Mettler, Robert & Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler, Susan T. Mettler, Trustees, BAM Advisor Services d/b/a Loring Ward, BlackRock MSCI USA Small Cap Equity Index Fund, Blue Cross of California, Blue Shield of California, DAGT Small Cap Outliers, Diversified Alpha Group Trust, DT DV Market Completion Fund, Extended Equity Market Fund a/k/a BlackRock Institutional Trust Company, N.A. Extended Equity Market Fund, Extended Equity Market Master Fund B, Nicola Guarna, Hawaii DE LLC, iShares Europe, iShares Morningstar Small-Cap Value ETF, iShares MSCI USA Small Cap UCITS ETF, iShares Russell 2000 ETF, iShares Russell 2000 Value ETF, iShares Russell 3000 ETF, George M. Klabin, Litman Gregory Masters Alternative Strategies Fund, Master Small Cap Index Series of Quantitative Master Series LLC a/k/a iShares Russell 2000 Small-Cap Index Fund, MSCI U.S. IMI Index Fund B2 a/k/a BlackRock MSCI U.S. IMI Index | C.D. California (Los Angeles) | 2:20-cv-01480-MWF-KS | Michael W. Fitzgerald |

---

[1] As a result of confidentiality restrictions imposed by an Amended Confidentiality Agreement and Stipulated Protective Order entered in *In re Nine West Holdings, Inc.*, No. 18-10947-scc, Dkt. No. 972 (Bankr. S.D.N.Y. Dec. 14, 2018), the names of two defendants have been replaced by pseudonyms ("Defendant MA-15" and "Defendant NJ-4").  A reference list showing the actual names will be submitted to the Panel under seal.

3497797.1

| No. | Case Captions[1] | Court | Civil Action No. | Judge |
|---|---|---|---|---|
|  | Fund B2, Pacific Select Fund – PD Small-Cap Value Index Portfolio, Pacific Select Fund – Small-Cap Equity Portfolio, Pacific Select Fund – Small-Cap Index Portfolio, PG&E Co. Nuclear Facilities Qualified CPUC Decommissioning Master Trust, Research Affiliates Equity US Large, L.P. f/k/a Enhanced RAFI US Large LP, Robert Rodriguez, Russell 2000 Alpha Tilts Fund B, Russell 2000 Index Fund, Russell 2000 Index Non-Lendable Fund a/k/a BlackRock Russell 2000 Index Non-Lendable Fund, Russell 2000 Value Fund B, Russell 2500 Index Fund a/k/a iShares Russell Small/Mid-Cap Index Fund, Russell 3000 Index Fund a/k/a iShares Total U.S. Stock Market Index Fund, Russell 3000 Index Non-Lendable Fund, SA U.S. Small Company Fund, State Street North America Confidential Client 1 Domestic Equities, State Street North America Confidential Client 1 Domestic IShares 405, State Street North America Confidential Client 1 FOF, U.S. Equity Market Fund, U.S. Equity Market Fund B, and Vericimetry US Small Cap Value Fund |  |  |  |
| 2 | **Plaintiff:**<br>Wilmington Savings Fund Society, FSB, as successor indenture trustee<br>**Defendants:**<br>Richard L. Dickson, Robert L. Mettler, Robert & Susan Mettler Family Trust U/A 3/27/06, Robert L. Mettler, Susan T. Mettler, Trustees, BAM Advisor Services d/b/a Loring Ward, Blue Cross of California, Blue Shield of California, DAGT Small Cap Outliers, Diversified Alpha Group Trust, Nicola Guarna, Hawaii DE LLC, George M. Klabin, Litman Gregory Masters Alternative Strategies Fund, Pacific Select Fund – PD Small-Cap Value Index Portfolio, Pacific Select Fund – Small-Cap Equity Portfolio, Pacific Select Fund – | C.D. California (Los Angeles) | 2:20-cv-01484-MWF-KS | Michael W. Fitzgerald |

2

| No. | Case Captions[1] | Court | Civil Action No. | Judge |
|---|---|---|---|---|
|  | Small-Cap Index Portfolio, PG&E Co. Nuclear Facilities Qualified CPUC Decommissioning Master Trust, Research Affiliates Equity US Large, L.P. f/k/a Enhanced RAFI US Large LP, Robert Rodriguez, SA U.S. Small Company Fund, and Vericimetry US Small Cap Value Fund |  |  |  |
| 3 | **Plaintiffs:**<br><br>Marc S. Kirschner, as Trustee for the NWHI Litigation Trust and Wilmington Savings Fund Society, FSB, as successor indenture trustee<br><br>**Defendants:**<br><br>Los Angeles Capital Management & Equity Research Inc., Schwab Fundamental US Small Company Index Fund, Schwab Small-Cap Index Fund, Schwab Total Stock Market Index Fund, and Wells Fargo Disciplined Small Cap Fund f/k/a Wells Fargo Small Cap Opportunities Fund | C.D. California (Los Angeles) | 2:20-cv-01922-MWF-KS | Michael W. Fitzgerald |
| 4 | **Plaintiff:**<br><br>Marc S. Kirschner, as Trustee for the NWHI Litigation Trust<br><br>**Defendants:**<br><br>Christopher R. Cade, Ira M. Dansky, Ira Martin Dansky Revocable Trust, Mahmood Hassani-Sadi, Thomas Nolan, Pentwater Capital Management LP, Richard H. Hein Rev. Trust U/A 6/12/95, Richard H. Hein, Trustee, Cynthia Foy Rupp, and Transamerica Asset Management, Inc. | S.D. Florida (Ft. Lauderdale) | 0:20-cv-60343-RS | Rodney Smith |
| 5 | **Plaintiff:**<br><br>Wilmington Savings Fund Society, FSB, as successor indenture trustee<br><br>**Defendants:**<br><br>Christopher R. Cade, Ira M. Dansky, Ira Martin Dansky Revocable Trust, Mahmood Hassani- | S.D. Florida (Ft. Lauderdale) | 0:20-cv-60344-RS | Rodney Smith |

3

| No. | Case Captions[1] | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| | Sadi, Thomas Nolan, Richard H. Hein Rev. Trust U/A 6/12/95, Richard H. Hein, Trustee, Cynthia Foy Rupp, and Transamerica Asset Management, Inc. | | | |
| 6 | **Plaintiff:**<br>Marc S. Kirschner, as Trustee for the NWHI Litigation Trust<br>**Defendants:**<br>Mary Margaret Hastings Georgiadis, Telendos, LLC, FlexShares Morningstar US Market Factor Tilt Index Fund, HFR MA, JNL/DFA U.S. Small Cap Fund, Northern Small Cap Core Fund, Northern Small Cap Index Fund, Northern Small Cap Value Fund, Nuveen Small Cap Index Fund, Peak6 Investments LLC f/k/a Peak6 Investments LP, State Farm Small Cap Index Fund, State Farm Variable Products Trust – Small Cap Equity Index Fund, and Wolverine Asset Management LLC | N.D. Illinois (Chicago) | 1:20-cv-01129 | Sara L. Ellis |
| 7 | **Plaintiff:**<br>Wilmington Savings Fund Society, FSB, as successor indenture trustee<br>**Defendants:**<br>Mary Margaret Hastings Georgiadis, Telendos, LLC, FlexShares Morningstar US Market Factor Tilt Index Fund, HFR MA, JNL/DFA U.S. Small Cap Fund, Northern Small Cap Core Fund, Northern Small Cap Index Fund, Northern Small Cap Value Fund, Nuveen Small Cap Index Fund, Peak6 Investments LLC f/k/a Peak6 Investments LP, State Farm Small Cap Index Fund, and State Farm Variable Products Trust – Small Cap Equity Index Fund | N.D. Illinois (Chicago) | 1:20-cv-01136 | Matthew F. Kennelly |
| 8 | **Plaintiff:**<br>Wilmington Savings Fund Society, FSB, as successor indenture trustee | D. Massa-chusetts (Boston) | 1:20-cv-10286-NMG | Nathaniel M. Gorton |

| No. | Case Captions[1] | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| | **Defendants:** | | | |
| | Wesley R. Card, Dianne Card, Ann Marie C. Wilkins, Arbor Place Ltd. Partnership, Boston Partners All-Cap Value Fund, Boston Partners Asset Management, LLC, Boston Partners Global Investors Inc., Boston Partners, LLC, Brighthouse Funds Trust II f/k/a Brighthouse Funds Trust Met-Series, Columbia Management Investment Advisers LLC, Columbia Multi-Manager Alternative Strategies Fund, DWS Investment Management Americas, Inc. f/k/a Deutsche Asset Management (Scudder), DWS Small Cap Index VIP, Geode Diversified Fund, a segregated account of Geode Capital Master Fund Ltd. f/k/a GDF1, a segregated account of Geode Capital Master Fund Ltd., JHF II Strategic Equity Allocation Fund, JHVIT Small Cap Index Trust f/k/a JHT Small Cap Index Trust, JHVIT Small Cap Opportunities Trust f/k/a JHT Small Cap Opportunities Trust, JHVIT Strategic Equity Allocation Trust a/k/a John Hancock Variable Insurance Trust SEA Small Cap, John Hancock II Strategic Equity Allocation Small Cap Fund a/k/a John Hancock II SEA Small Cap, John Hancock U.S. Targeted Value Fund, John Hancock U.S. Targeted Value Trust, Lincoln Institute of Land Policy, Longfellow Investment Management Co., LLC, Manulife Financial, Manulife Investment Management (North America) Ltd f/k/a Manulife Asset Management North America Ltd, PanAgora Asset Management Inc., Rhumbline Advisers LP, State Street Bank MAYA Account Holder, State Street Global Advisors, State Street Global Advisors Russell 1000 Value Fund CTF, State Street Global Advisors Russell 2000 Index Fund, State Street Global Advisors Russell 2000 Value Fund CTF, State Street Global Advisors Russell 3000 Index Fund, State Street Global Advisors Russell 3000 Index Fund CTF, State Street | | | |

5

| No. | Case Captions[1] | Court | Civil Action No. | Judge |
|---|---|---|---|---|
|  | Global Advisors Russell 3000 Index Fund SL Ser A, State Street Global Advisors Russell Small Cap Fund Complete S/L A, State Street Global Advisors Russell Special Small Company Fund, State Street Global Advisors Russell Special Small Company Fund CTF, State Street Global Advisors Total ETF, and State Street Global Advisors U.S. Extended Market Index Fund a/k/a U.S. Extended Market Fund SL |  |  |  |
| 9 | **Plaintiff:**<br><br>Marc S. Kirschner, as Trustee for the NWHI Litigation Trust<br><br>**Defendants:**<br><br>Wesley R. Card, Dianne Card, Ann Marie C. Wilkins, Arbor Place Ltd. Partnership, Boston Partners All-Cap Value Fund, Boston Partners Asset Management, LLC, Boston Partners Global Investors Inc., Boston Partners, LLC, Brighthouse Funds Trust II f/k/a Brighthouse Funds Trust Met-Series, Columbia Management Investment Advisers LLC, Columbia Multi-Manager Alternative Strategies Fund, DWS Investment Management Americas, Inc. f/k/a Deutsche Asset Management (Scudder), DWS Small Cap Index VIP, FIAM LLC a/k/a Fidelity Institutional Asset Management f/k/a Pyramis Global Advisors, Fidelity Asset Allocation Currency Neutral Private Pool, Fidelity Asset Allocation Private Pool, Fidelity Balanced Currency Neutral Private Pool, Fidelity Balanced Income Currency Neutral Private Pool, Fidelity Balanced Income Private Pool, Fidelity Balanced Private Pool, Fidelity Concord Street Trust - Fidelity Extended Market Index Fund, Fidelity Concord Street Trust - Fidelity Total Market Index Fund, Fidelity Income Allocation Fund f/k/a Fidelity Monthly High Income Fund, Fidelity Investments, Fidelity | D. Massachusetts (Boston) | 1:20-cv-10288-NMG | Nathaniel M. Gorton |

6

| No. | Case Captions[1] | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| | Investments Charitable Gift Fund, Fidelity Monthly Income Fund, Fidelity NorthStar Fund, Fidelity Small Cap Index Fund, Fidelity Total Market Index Fund, Geode Diversified Fund, a segregated account of Geode Capital Master Fund Ltd. f/k/a GDF1, a segregated account of Geode Capital Master Fund Ltd., JHF II Strategic Equity Allocation Fund, JHVIT Small Cap Index Trust f/k/a JHT Small Cap Index Trust, JHVIT Small Cap Opportunities Trust f/k/a JHT Small Cap Opportunities Trust, JHVIT Strategic Equity Allocation Trust a/k/a John Hancock Variable Insurance Trust SEA Small Cap, John Hancock II Strategic Equity Allocation Small Cap Fund a/k/a John Hancock II SEA Small Cap, John Hancock U.S. Targeted Value Fund, John Hancock U.S. Targeted Value Trust, Lincoln Institute of Land Policy, Longfellow Investment Management Co., LLC, Manulife Financial, Manulife Investment Management (North America) Ltd f/k/a Manulife Asset Management North America Ltd, PanAgora Asset Management Inc., Rhumbline Advisers LP, Defendant MA-15, State Street Bank MAYA Account Holder, State Street Global Advisors, State Street Global Advisors Russell 1000 Value Fund CTF, State Street Global Advisors Russell 2000 Index Fund, State Street Global Advisors Russell 2000 Value Fund CTF, State Street Global Advisors Russell 3000 Index Fund, State Street Global Advisors Russell 3000 Index Fund CTF, State Street Global Advisors Russell 3000 Index Fund SL Ser A, State Street Global Advisors Russell Small Cap Fund Complete S/L A, State Street Global Advisors Russell Special Small Company Fund, State Street Global Advisors Russell Special Small Company Fund CTF, State Street Global Advisors Total ETF, and State Street Global Advisors U.S. Extended | | | |

3497797.1

| No. | Case Captions[1] | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| | Market Index Fund a/k/a U.S. Extended Market Fund SL | | | |
| 10 | **Plaintiff:**<br><br>Marc S. Kirschner, as Trustee for the NWHI Litigation Trust<br><br>**Defendants:**<br><br>Wesley R. Card, Ann Marie C. Wilkins, Arbor Place Ltd. Partnership, Boston Partners All-Cap Value Fund, Boston Partners Asset Management, LLC, Boston Partners, LLC, Columbia Management Investment Advisers LLC, Columbia Multi-Manager Alternative Strategies Fund, DWS Small Cap Index VIP, FIAM LLC a/k/a Fidelity Institutional Asset Management f/k/a Pyramis Global Advisors, Fidelity Asset Allocation Currency Neutral Private Pool, Fidelity Asset Allocation Private Pool, Fidelity Balanced Currency Neutral Private Pool, Fidelity Balanced Income Currency Neutral Private Pool, Fidelity Balanced Income Private Pool, Fidelity Balanced Private Pool, Fidelity Concord Street Trust - Fidelity Extended Market Index Fund, Fidelity Concord Street Trust - Fidelity Total Market Index Fund, Fidelity Income Allocation Fund f/k/a Fidelity Monthly High Income Fund, Fidelity Monthly Income Fund, Fidelity NorthStar Fund, Fidelity Small Cap Index Fund, Fidelity Total Market Index Fund, Geode Diversified Fund, a segregated account of Geode Capital Master Fund Ltd. f/k/a GDF1, a segregated account of Geode Capital Master Fund Ltd., JHVIT Strategic Equity Allocation Trust a/k/a John Hancock Variable Insurance Trust SEA Small Cap, John Hancock II Strategic Equity Allocation Small Cap Fund a/k/a John Hancock II SEA Small Cap, Lincoln Institute of Land Policy, Longfellow Investment Management Co., LLC, Manulife Investment Management (North America) Ltd | D. Massachusetts (Boston) | 1:20-cv-10396-NMG | Nathaniel M. Gorton |

8

3497797.1

| No. | Case Captions[1] | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| | f/k/a Manulife Asset Management North America Ltd, PanAgora Asset Management Inc., and Rhumbline Advisers LP | | | |
| 11 | **Plaintiff:** Wilmington Savings Fund Society, FSB, as successor indenture trustee  **Defendants:** Wesley R. Card, Ann Marie C. Wilkins, Arbor Place Ltd. Partnership, Boston Partners All-Cap Value Fund, Boston Partners Asset Management, LLC, Boston Partners, LLC, Columbia Management Investment Advisers LLC, Columbia Multi-Manager Alternative Strategies Fund, DWS Small Cap Index VIP, Geode Diversified Fund, a segregated account of Geode Capital Master Fund Ltd. f/k/a GDF1, a segregated account of Geode Capital Master Fund Ltd., JHVIT Strategic Equity Allocation Trust a/k/a John Hancock Variable Insurance Trust SEA Small Cap, John Hancock II Strategic Equity Allocation Small Cap Fund a/k/a John Hancock II SEA Small Cap, Lincoln Institute of Land Policy, Longfellow Investment Management Co., LLC, Manulife Investment Management (North America) Ltd f/k/a Manulife Asset Management North America Ltd, PanAgora Asset Management Inc., and Rhumbline Advisers LP | D. Massa-chusetts (Boston) | 1:20-cv-10398-NMG | Nathaniel M. Gorton |
| 12 | **Plaintiffs:** Marc S. Kirschner, as Trustee for the NWHI Litigation Trust and Wilmington Savings Fund Society, FSB, as successor indenture trustee  **Defendants:** John T. McClain, Gerald C. Crotty, Tami Fersko, Advanced Series Trust Academic Strategies Asset Allocation Portfolio, Advanced Series Trust Small Cap Value Portfolio, Jeffrey Brisman, Mark Dezao, | D. New Jersey (Newark) | 2:20-cv-01768-JMV-JBC | John Michael Vazquez |

9

| No. | Case Captions[1] | Court | Civil Action No. | Judge |
|---|---|---|---|---|
|  | Cynthia DiPietrantonio, John D'Souza, Ninive Giordano, Jack Gross, Alison Hemming, Patricia Kenny, Irene A. Koumendouros, Arundhati Kulkarni, Arthur E. Lee and Nancy L. Lee, Suzanne Maloney, Ira Margulies, Susan M. McCoy, Vincent Morales, Nine Chapters Capital Management LLC, Pamela M. Paul, Charles L. Pickett, PGIM QMA Small-Cap Value Fund, PRIAC Funds, Prudential Financial, Inc. (The Prudential Insurance Company of America), Prudential Retirement Insurance & Annuity Co., Quantitative Management Associates LLC, Arlene Starr, and Defendant NJ-4 |  |  |  |
| 13 | **Plaintiffs:**<br>Marc S. Kirschner, as Trustee for the NWHI Litigation Trust and Wilmington Savings Fund Society, FSB, as successor indenture trustee<br>**Defendants:**<br>DFA Investment Dimensions Group Inc. U.S. Core Equity 1 Portfolio, DFA Investment Dimensions Group Inc. U.S. Core Equity 2 Portfolio, DFA Investment Dimensions Group Inc. U.S. Micro Cap Portfolio, DFA Investment Dimensions Group Inc. U.S. Small Cap Portfolio, DFA Investment Dimensions Group Inc. U.S. Small Cap Value Portfolio, DFA Investment Dimensions Group Inc. U.S. Targeted Value Portfolio a/k/a Nationwide U.S. Targeted Value Strategy, Dimensional Funds plc Global Targeted Value Fund, Dimensional Funds plc US Small Companies Fund a/k/a Irish US Small Cap Fund, DFA Australia Limited Global Core Equity Trust, DFA Investment Dimensions Group Inc. T.A. U.S. Core Equity 2 Portfolio, DFA Investment Dimensions Group Inc. Tax-Managed U.S. Small Cap Portfolio, DFA Investment Dimensions Group Inc. Tax-Managed U.S. Targeted Value Portfolio, DFA Investment | N.D. Texas (Dallas) | 3:20-cv-00374-L | Sam A. Lindsay |

10

3497797.1

| No. | Case Captions[1] | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| | Dimensions Group Inc. U.S. Social Core Equity 2 Portfolio, DFA Investment Dimensions Group Inc. U.S. Vector Equity Portfolio, DFA Investment Trust Company Tax-Managed U.S. Marketwide Value Series, DFA U.S. Core Equity Fund, DFA U.S. Vector Equity Fund, American Beacon Small Cap Value Fund, HBK Master Fund L.P., HBK Quantitative Strategies Master Fund L.P., Kenny Allan Troutt Separate Trust Estate, Micro Cap Subtrust, Small Cap Value Subtrust, Tax-Managed U.S. Equity Series, U.S. Small Cap Subtrust, USAA Extended Market Index Fund, Variable Annuity Life Insurance Company I – Small Cap Index Fund, and Variable Annuity Life Insurance Company I – Small Cap Special Values Fund | | | |