UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: NINE WEST LBO SECURITIES LITIGATION

Pertains to All Associated Actions

---

20-MD-2941 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

The Court has received the Parties' Joint Statement Concerning Case Status, ECF 440, which stated that "there are no claims against any defendants that remain in this Court." The parties further requested cancellation of the Final Pre-Trial Conference scheduled for July 23, 2021.

Accordingly, the Court hereby cancels the Final Pre-Trial Conference previously scheduled for July 23, 2021.

The Clerk of the Court is ordered to close the multidistrict litigation docket (20-MD-2941) and all constituent dockets consolidated therein.

SO ORDERED

Dated: New York, NY
July 15, 2021

JED S. RAKOFF, U.S.D.J.